```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION
```

```
OSCAR A. GARCIA,              §
                              §
     Plaintiff,               §
                              §
v.                            §   Civil Action No. C-04-555
                              §
MEDTRONIC, INC., ET AL.,      §
                              §
     Defendants.              §
```

## ORDER

Plaintiff and the United States are ordered to provide the Court with Proposed Findings of Fact and Conclusions of Law by Wednesday, January 11, 2006, 5:00 P.M.

As scheduled, a bench trial in the above-styled case will begin Thursday, January 12, 2006, at 9:00 A.M.

SIGNED and ENTERED on the 6th day of January, 2006.

_____
Janis Graham Jack
United States District Judge